ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtors
File No.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re:

MAE E. HAYES and GARIC A. HAYES

              Debtors.

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MAILING MATRIX

We, Mae E. and Garic A. Hayes, the undersigned debtors, do hereby certify under penalty of perjury that the attached master mailing list of creditors ("Matrix"), or amended master mailing list ("Amended Matrix"), is true and correct to the best of our knowledge, and we assume all responsibility for errors and omissions.

| May 28, 2024 | /s/ Mae E. Hayes |
|---|---|
| *(date)* | *(signature of debtor)* |

| May 28, 2024 | /s/ Garic A. Hayes |
|---|---|
| *(date)* | *(signature of joint debtor)* |

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX       Page 1

**Ace Concrete**
**Last Four Acct. No. 4737**
**P.O. Box 875568**
**Wasilla, AK 99687**


**Affirm**
**Last Four Acct. No.**
**650 California Street, Floor 12**
**San Francisco, CA 94108**


**Affirm**
**Last Four Acct. No.**
**c/o True Accord**
**16011 College Blvd., #130**
**Lenexa, KS 66219**


**Airport Equipment Rentals**
**Last Four Acct. No. 4693**
**P.O. Box 72578**
**Fairbanks, AK 99707**


**Alaska Foundation Coating**
**Last Four Acct. No.**
**1576 W. Clydesdale Drive**
**Wasilla, AK 99654**


**Alaska Waste Mat-Su, LLC**
**Last Four Acct. No. 3269-001**
**2400 Polar Bear**
**Wasilla, AK 99654**


**All Points North**
**Last Four Acct. No.**
**c/o Gregory S. Parvin**
**290 N. Willow Street**
**Wasilla, AK 99654**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                           Page 2

**Allstate**
**Last Four Acct. No. 7095**
**P.O. Box 661039**
**Dallas, TX 75266**

**American Express**
**Last Four Acct. No. 91005**
**P.O. Box 650448**
**Dallas, TX 75265-0048**

**American Express**
**Last Four Acct. No. 91005**
**P.O. Box 360001**
**Ft. Lauderdale, FL 33336-0001**

**American Express**
**Last Four Acct. No. 91005**
**P.O. Box 981537**
**El Paso, TX 79998**

**American Express**
**Last Four Acct. No. 41006**
**P.O. Box 60189**
**Dallas, TX 75265-0048**

**American Express**
**Last Four Acct. No. 41006**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

**Anderson, John and Jeanine**
**Last Four Acct. No.**
**c/o Peter Sandberg**
**813 W. 3rd Avenue**
**Anchorage, AK 99501**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                                Page 3

**Architects Alaska**
**Last Four Acct. No.**
**c/o Leonard R. Anderson**
**420 "L" Street, Suite 310**
**Anchorage, AK 99501**

**BCI**
**Last Four Acct. No.**
**3900 "C" Street, Suite 301**
**Anchorage, AK 99503**

**Bank of America**
**Last Four Acct. No. 3155**
**P.O. Box 851001**
**Dallas, TX 75285-1001**

**Bank of America**
**Last Four Acct. No. 3155**
**P.O. Box 672050**
**Dallas, TX 75267-2050**

**Bank of America**
**Last Four Acct. No. 8905**
**P.O. Box 851001**
**Dallas, TX 75285-1001**

**Bank of America**
**Last Four Acct. No. 8905**
**P.O. Box 15284**
**Wilmington, DE 19850**

**Bank of America**
**Last Four Acct. No. 8905**
**P.O. Box 982238**
**El Paso, TX 79998**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX          Page 4

**Brown's Electric**
**Last Four Acct. No.**
**c/o Wayne G. Dawson**
**Dawson Law Group, LLC**
**P.O. Box 244965**
**Anchorage, AK 99524**

**Bauer, Peter and Leann**
**Last Four Acct. No.**
**20407 Philadelphia Way**
**Eagle River, AK 99577**

**Big Country Excavation**
**Last Four Acct. No.**
**P.O. Box 876210**
**Wasilla, AK 99687-6210**

**Builders Millwork Supply**
**Last Four Acct. No.**
**1701 E. Dimond Circle**
**Anchorage, AK 99507**

**C & J Drywall**
**Last Four Acct. No.**
**P.O. Box 879209**
**Wasilla, AK 99687**

**Caine & Weiner**
**Last Four Acct. No. 9570**
**P.O. Box 55848**
**Sherman Oaks, CA 91413**

**Capital One Bank USA, N.A.**
**Last Four Acct. No. 2904**
**P.O. Box 60519**
**Fairbanks, AK 997077**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX          Page 5

**Capital One Bank USA, N.A.**
**Last Four Acct. No. 2904**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

**Capital One Bank USA, N.A.**
**Last Four Acct. No. 2904**
**P.O. Box 31293**
**Salt Lake City, UT 84131**

**Caring Hands Cleaning**
**Last Four Acct. No.**
**926 W. Airway Circle**
**Wasilla, AK 99654**

**Carpet World**
**Last Four Acct. No.**
**P.O. Box 870610**
**Wasilla, AK 99687**

**Chase Card Services**
**Last Four Acct. No. 0727**
**P.O. Box 6294**
**Carol Stream, IL 60197**

**Chase Card Services**
**Last Four Acct. No. 0727**
**P.O. Box 15548**
**Wilmington, DE 19886-5548**

**Chase Card Services**
**Last Four Acct. No. 0727**
**301 N. Walnut Street, Floor 09**
**Wilmington, DE 19801**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                    Page 6

**Citi Cards CBNA**
**Last Four Acct. No. 6302**
**P.O. Box 78019**
**Phoenix, AZ 85062-8019**


**Citi Cards CBNA**
**Last Four Acct. No. 6302**
**P.O. Box 6403**
**Sioux Falls, SD 57117**


**Cornerstone Credit Services, LLC**
**Last Four Acct. No.**
**P.O. Box 92090**
**Anchorage, AK 99503-2090**


**Cornerstone Credit Services, LLC**
**Last Four Acct. No.**
**1835 Bragaw Street, Suite 500**
**Anchorage, AK 99508-3488**


**Credit One Bank**
**Last Four Acct. No. 0773**
**P.O. Box 60500**
**City of Industry, CA 91716-0500**


**Credit Control, LLC**
**Last Four Acct. No. 8801**
**3300 Rider Trail S., Suite 500**
**Earth City, MO 630445**


**Credit One Bank**
**Last Four Acct. No. 0773**
**P.O. Box 98873**
**Las Vegas, NV 89193-8873**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX

**D & A Services**
**Last Four Acct. No. 7520**
**1400 E. Touhy Avenue, 92**
**Des Plaines, IL 60018**

**Dc5, LLC**
**Last Four Acct. No.**
**c/o Michael Rose**
**4300 "B" Street, #206**
**Anchorage, AK 99503**

**Denali Industrial**
**Last Four Acct. No.**
**3060 Red Birch Drive**
**Wasilla, AK 99623**

**Dinwiddie**
**Last Four Acct. No.**
**4350 S. Bodenburg Unit Loop**
**Palmer, AK 99645**

**E & D Water Wells, LLC**
**Last Four Acct. No.**
**3530 West Spense Lane**
**Wasilla, AK 99623**

**Enstar**
**Last Four Acct. No.**
**3351 Palmer-Wasilla Highway**
**Wasilla, AK 99654**

**Farmer Surveying**
**Last Four Acct. No.**
**9131 E. Frontage**
**Palmer, AK 99645**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX

**First Source**
**Last Four Acct. No.**
**205 Bryant Woods South**
**Amherst, NY 14228**


**G & D Water Wells**
**Last Four Acct. No.**
**3530 West Spruce Lane**
**Wasilla, AK 99623**


**Gibson Roofing**
**Last Four Acct. No.**
**P.O. Box 875470**
**Wasilla, AK 99687**


**Gregory Funding**
**Last Four Acct. No. 1689-527**
**P.O. Box 742334**
**Los Angeles, CA 90074**


**Halecraft Cabinets**
**Last Four Acct. No.**
**P.O. Box 877795**
**Wasilla, AK 99687**


**Hayes, Christy**
**Last Four Acct. No.**
**6060 Wesmew Circle**
**Wasilla, AK 99654**


**Hatcher, Kelci**
**Last Four Acct. No.**
**c/o Gregory S. Parvin**
**290 N. Willow Street**
**Wasilla, AK 99654**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                                Page 9

**Hillman, Matthew and Cassandra**
**Last Four Acct. No.**
**3870 Reflection Drive**
**Anchorage, AK 99504**


**Hrin, Steven**
**Last Four Acct. No.**
**c/o Gregory S. Parvin**
**290 N. Willow Street**
**Wasilla, AK 99654**


**Internal Revenue Service**
   **Centralized Insolvency Operations**
**Last Four Acct. No.**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Internal Revenue Service**
   **Field Insolvency**
**Last Four Acct. No.**
**915 2nd Avenue, MS W244**
**Seattle, WA 98174**


**Jefferson Capital**
**Last Four Acct. No. 5930**
**Department #6419**
**P.O. Box 11407**
**Birmingham, AL 35346-6419**


**John Deere**
**Last Four Acct. No. 6552**
**P.O. Box 4550**
**Carol Stream, IL 60197**


**Johnson, Lewis T.**
**Last Four Acct. No.**
**485 W. Goldenwood Street**
**Wasilla, AK 99654**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX					Page 10

**Johnston, Michael A. and Alice R.**
**Last Four Acct. No.**
**P.O. Box 871464**
**Wasilla, AK 99687**


**La Buda, William**
**Last Four Acct. No.**
**4740 Efattic Drive**
**Wasilla, AK 99654**


**Leviton Law Firm**
**Last Four Acct. No.**
**One Pierce Place, Suite 725 W**
**Ithaca, IL 60143173**


**Liberty Tax**
**Last Four Acct. No.**
**1451 E. Parks Highway**
**Wasilla, AK 99654**


**Liberty Mutual**
**Last Four Acct. No.**
**935 National Parkway**
**Schaumburg, IL 60173**


**Matanuska Telephone**
**Last Four Acct. No. 8588**
**21411 Sun Mountain Avenue, Building E**
**Wasilla, AK 99654**


**Matanuska Valley Federal Credit Union**
**Last Four Acct. No. 4435**
**1020 S. Bailey Street**
**Palmer, AK 99645**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                                    Page 11

**Matanuska Valley Federal Credit Union**
**Last Four Acct. No. 5329**
**1020 S. Bailey Street**
**Palmer, AK 99645**


**Matanuska Valley Federal Credit Union**
**Last Four Acct. No. 2825**
**1020 S. Bailey Street**
**Palmer, AK 99645**


**Matanuska-Susitna Borough**
**Last Four Acct. No.**
**350 E. Dahlia Avenue**
**Palmer, AK 99654**


**Matanuska-Susitna Regional Medical Center**
**Last Four Acct. No. 2839**
**P.O. Box 1687**
**Palmer, AK 99645-1687**


**Matanuska-Susitna Regional Medical Center**
**Last Four Acct. No. 24774**
**P.O. Box 1687**
**Palmer, AK 99645-1687**


**Matanuska-Susitna Regional Medical Center**
**Last Four Acct. No. 4774**
**P.O. Box 1280**
**Oaks, PA 19456-1280**


**Matusevich, Jenny**
**Last Four Acct. No.**
**1520 Chicory Way**
**Alpharetta, GA 30005**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                    Page 12

**Nichols, Raymond**
**Last Four Acct. No.**
**1520 Chicory Way**
**Alpharetta, GA 30005**


**North Lit, Electric, LLC**
**Last Four Acct. No.**
**PMB 109, 3060 N. Lazy-Eight Circle, Suite 2**
**Wasilla, AK 99654**


**Northrim Bank**
**Last Four Acct. No.**
**Retail Banking**
**3111 "C" Street, Suite 210**
**Anchorage, AK 99503**


**ODK Capital, LLC**
**Last Four Acct. No.**
**175 W. Jackson Boulevard, Suite 1000**
**Chicago, IL 60604**


**ODK Capital, LLC**
**Last Four Acct. No.**
**450 Veterans Memorial Parkway, Suite 7A**
**Chicago, IL 60604**


**Obrien, Amber**
**Last Four Acct. No.**
**3255 N. Paradise Lane**
**Wasilla, AK 99623**


**Overby, Jason and Telsche**
**Last Four Acct. No.**
**P.O. Box 480**
**Sutton, AK 99674**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX          Page 13

**Owens Inspections**
**Last Four Acct. No.**
**1150 South Colony Way, Suite 2**
**Palmer, AK 99645**


**Peterson, Matthew K.**
**Last Four Acct. No. 2620-352**
**711 "H" Street, Suite 620**
**Anchorage, AK 99501-3454**


**Plan North**
**Last Four Acct. No.**
**P.O. Box 874163**
**Wasilla, AK 99687**


**Professional Account Services**
**Last Four Acct. No. 2839**
**P.O. Box 68**
**Brentwood, TN 37204**


**Pucin & Friedland**
**Last Four Acct. No. 9570**
**5805 Sepulveda Boulevard, 4th Floor**
**Sherman Oaks, CA 91411**


**R & K Land Surveying**
**Last Four Acct. No.**
**P.O. Box 606**
**Willow, AK 99688**


**Residential Energy Design**
**Last Four Acct. No.**
**P.O. Box 4857**
**Palmer, AK 99645**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX          Page 14

**Russell, Justin & Felicity**
**Last Four Acct. No.**
**c/o Law Offices of Blake Quakenbush**
**807 "G" Street, Suite 100**
**Anchorage, AK 99501**


**Sherwin Williams**
**Last Four Acct. No.**
**c/o Richard L. Crabtree**
**R Crabtree, apc**
**2207 Spenard Road, Suite 206**
**Anchorage, AK 99503**


**Spenard Builders Supply**
**Last Four Acct. No.**
**840 "K" Street, Suite 200**
**Anchorage, AK 99501**


**Spenard Builders Supply**
**Last Four Acct. No.**
**Attn: Legal Department**
**6031 Connection Drive**
**Irving, TX 75039**


**State of Alaska, Department of Labor**
  **and Workforce Development**
   **Employment Security Tax**
**Last Four Acct. No.**
**P.O. Box 115509**
**Juneau, AK 99811-5509**


**State of Alaska, Department of Labor**
  **and Workforce Development**
   **Employment Security Tax**
**Last Four Acct. No.**
**877 Commercial Drive**
**Wasilla, AK 99654**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                                   Page 15

**Stevens Glass**
**Last Four Acct. No.**
**3100 N. Lazy Eight Court**
**Wasilla, AK 99654**


**TSI**
**Last Four Acct. No. 7136**
**500 Virginia Drive, #514**
**Ft. Washington, PA 19034**


**TVT 2.0 LLC**
**Last Four Acct. No.**
**8791 S. Redwood Road, Suite 200**
**West Jordan, UT 84088**


**U.S.A.A. Insurance**
**Last Four Acct. No. 5245**
**9800 Fredericksburg Blvd.**
**San Antonio, TX 78288**


**U.S. Small Business Administration**
**Last Four Acct. No.**
**409 3rd Street SW**
**Washington, DC 20416**


**U.S. Small Business Administration**
**Last Four Acct. No.**
**10737 Gateway West #300**
**El Paso, TX 79935**


**U.S. Small Business Administration**
**U.S. Attorney's Office, Dist. of Alaska**
**222 W. 7th Avenue, #9, Room 253**
**Anchorage, AK 99513-7500**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX    Page 16

**Valley Books, Inc.**
**Last Four Acct. No.**
**7748 W. Stillwater Circle**
**Wasilla, AK 99623**


**Van Loan, Jed, Esq.**
**Last Four Acct. No. 2825**
**205 E. Benson Blvd.**
**Anchorage, AK 99503**


**Visana Portfolio Services, Inc.**
**Last Four Acct. No. 4138**
**P.O. Box 204491**
**Dallas, TX 75320-4491**


**Visana Portfolio Services, Inc.**
**Last Four Acct. No. 4138**
**P.O. Box 8038**
**Lakeland, FL 33802**


**Visana Portfolio Services, Inc.**
**Last Four Acct. No. 1691**
**P.O. Box 204491**
**Dallas, TX 75320-4491**


**Visana Portfolio Services, Inc.**
**Last Four Acct. No. 1691**
**P.O. Box 8038**
**Lakeland, FL 33802**


**Vital Records Control**
**Last Four Acct. No.**
**P.O. Box 11407**
**Department 5874**
**Birmingham, AL 35246-5874**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX

Page 17

**Welcome Home Tile & Stone**
**Last Four Acct. No.**
**8990 E. Westlake Drive**
**Palmer, AK 99645**


**Wells Fargo Home Loans**
**Last Four Acct. No.**
**P.O. Box 10335**
**Des Moines, IA 50306**


**Wells Fargo, N.A.**
**Last Four Acct. No. 1916**
**MAC F8235-040**
**P.O. Box 5129**
**Sioux Falls, SD 57117-5129**


**Wells Fargo Business Card**
**Last Four Acct. No. 2700**
**Payment Remittance Center**
**P.O. Box 77033**
**Mineapolis, MN 55480-7733**


**Wells Fargo Card Services**
**Last Four Acct. No. 2875**
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**


**Wells Fargo Card Services**
**Last Four Acct. No. 2875**
**P.O. Box 10347**
**Des Moines, IA 50306**


**Wells Fargo SBL**
**Last Four Acct. No. 2700**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX         Page 18

**Yamaha**
**Last Four Acct. No.**
**3065 Chastain Meadows Parkway**
**Building #100**
**Marietta, GA 30066**


**Zwicker & Associaes, P.C.**
**Last Four Acct. No.**
**80 Minuteman Road**
**Andover, MA 01810-1008**

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Mae E. and Garic A. Hayes, Case No.
VERIFICATION OF CREDITOR MAILING MATRIX                                Page 19